Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| AURA BEATRIZ COLÓN FIGUEROA<br><br>Peticionaria<br><br><br>v.<br><br><br>WILMA JUDITH COLÓN FIGUEROA, ABDO LUIS COLÓN FIGUEROA Y OTROS<br><br>Recurridos | KLCE202400753 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso número: CD2022CV00126<br><br>Sobre: Aceptación, Renuncia, Remoción o Sustitución del Albacea y otras |

Panel integrado por su presidente, el juez Bermúdez Torres, el juez Adames Soto y la juez Aldebol Mora.

Aldebol Mora, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de agosto de 2024.

Examinada la *Solicitud de Certiorari*[1] instada por la parte peticionaria Aura Beatriz Colón Figueroa el 8 de julio de 2024, así como el *Alegato en Oposición a Certiorari* presentado el 29 del mismo mes y año, por la parte recurrida, resolvemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

En consecuencia, dejamos sin efecto la paralización de los procedimientos y devolvemos el caso al foro de origen para la continuación de estos.

---

[1] La parte peticionaria acudió ante nos y solicitó que revocáramos la *Resolución y Orden* emitida y notificada por el Tribunal de Primera Instancia, Sala Superior de Caguas, el 18 de junio de 2024, mediante la cual, en lo pertinente, aprobó la venta de la propiedad en controversia.

Número Identificador

RES2024 _____

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones